Good morning, my name is William Jason Morgan, and I was the co-founder of the English Literature Association of the United States. This is an upside-down side-up case. I'm the University Judge of New Orleans in the United States. The English Literature Association is active and critical, and I was sworn in to the 2017 English Judiciary Division of the United States Attorney's Office. In this case, it was me, and I made the move. This case this year was struck by close and simple court. It could have been perceived to be a case of three girls who had been accused of having a communication disorder. This is a serious matter. This is not a small case. It's a large one. It's a large one. It's a large case. It's a large case. What's the case? And you can just say that. You can say that issue. I can say that issue. But there are a number of factors to that. Well, this is where you are. Here you are. Here you are. I was just going to say that. I was just going to say that. Well, that's fine. I agree that it's been many years. And he's very young. So, it's such a personal case. It's a personal case. It's a personal case. It's a personal case. It's a personal case. It's a personal case.  It's a personal case.  Well, that's the way it's going to be.
judges: Kleinfeld, Rawlinson, Hurwitz